**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| **ARTHUR ANDERSON** | **CASE NO. 22-CV-06159** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **USA** | **MAG. JUDGE KATHLEEN KAY** |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge [Doc. No. 5] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Petition [Doc. No. 1] is **DENIED** and this matter is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

MONROE, LOUISIANA, this 9th day of February 2023.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE